```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| VIRGINIA TORRES, et al., | |
| Plaintiffs, | Civil No. 04-1661 (JAF) |
| v. | |
| PRAICO, et al., | |
| Defendants. | |

## **O R D E R**

This case was called for jury trial starting today. The parties have agreed to settle the case and its state-court counterpart, Civil No. DKDP-04-07405 (1008), Superior Court, Bayamón (at San Juan) Part, for the aggregate amount of $185,000. The amount of $75,000 will be credited toward the federal case, and the amount of $110,000 will be credited toward the state-court case.

The allocation of settlement funds will be as follows:

| | | |
|---|---|---|
| (1) | Virginia Torres: | $ 10,000.00 |
| (2) | María Rojas: | $ 10,000.00 |
| (3) | Jorge L. Santiago, minor: | $ 27,500.00 |
| (4) | Tania Santiago, minor: | $ 27,500.00 |
| (5) | Angel Santiago-Rojas, minor: | $ 27,500.00 |
| (6) | Shalimar Santiago-Rojas, minor: | $ 27,500.00 |
| (7) | José G. Santiago-Rojas, minor: | $ 27,500.00 |
| (8) | Angelize Santiago-Rojas, minor: | $ 27,500.00 |
| | TOTAL: | $185,000.00 |

Civil No. 04-1661 (JAF)                                                    2-

Plaintiffs' counsel will retain attorney's fees for legal-age Plaintiffs at the rate of 20%. Attorney's fees for the minor-Plaintiffs' share will be at the rate of 15%. Costs will be reduced on a pro-rata basis, considering the percentage of recovery of each Plaintiff from the total settlement amount of $185,000. The net monies belonging to the minor Plaintiffs will be retained by the court on deposit in interest-bearing accounts until the minors reach legal age.

The parties are to jointly submit a net distribution table **within ten (10) days**. The checks shall be cut directly by the insurance company. In addition, the parties are to enter a voluntary dismissal in the state-court case; this court will enter judgment in this case accordingly.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 3rd day of October, 2005.

                              S/José Antonio Fusté
                               JOSE ANTONIO FUSTE
                               U. S. District Judge